IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02134-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

AARON IVAN JORDAN,

 Plaintiff,

v.

CARRIAGE PARK HOMEOWNERS ASSOCIATION,
DENNIS HELK, President,
CHARLES KEYS, Police Officer,
JAY VANKAMOTO, Police Officer #25337, and
D. COOLEY, Police Officer # 302595,

 Defendants.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

 Plaintiff, Aaron Ivan Jordan, resides in Aurora, Colorado.  On September 25, 2015, he submitted a "United States District Court Federal Civil Rights Complaint" (ECF No. 1), along with a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 4).  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1)  __  is not submitted
(2)  _X_  is not on proper form (must use the current Court-approved form)
(3)  __  is missing original signature by Plaintiff
(4)  __  is missing affidavit
(5)  __  affidavit is incomplete
(6)  __  affidavit is not properly notarized

(7) __ names in caption do not match names in caption of complaint, petition or application
(8) _X_ other: In the alternative, Plaintiff may pay the $400 filing fee.

**Complaint or Petition**:
(9) __ is not submitted
(10) _X_ is not on proper form (must use the court's current form)
(11) __ is missing an original signature by the Plaintiff
(12) __ is incomplete
(13) __ uses et al. instead of listing all parties in caption
(14) __ names in caption do not match names in text of Complaint
(15) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) __ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used in filing a Complaint and an Application to Proceed in District Court without Prepaying Fees or Costs (Long Form), along with the applicable instructions, at

www.cod.uscourts.gov, and use the forms to cure the above noted deficiencies. Alternatively, Plaintiff may obtain a copy of the court-approved forms from the United States District Court clerk's office at 901 19th St., Denver, Colorado. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED September 29, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge